*State of New Jersey*
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 0
TRENTON, NJ 08625-00

MIKIE SHERRILL
*Governor*

JENNIFER DAVENPORT
*Attorney General*

MICHAEL C. WALTERS
*Director*

October 20, 2026

United States District Court, District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***Jennifer Davenport, Attorney General of New Jersey v. CRH PLC, et al.*, 2:26-cv-13625**
**Proposed Final Judgment on Consent of the Parties**

Dear District Court Judge:

This Office represents Plaintiff Jennifer Davenport, Attorney General of New Jersey in the above referenced matter. We write on behalf of Plaintiff and Defendants, CRH PLC and Arcosa, Inc., in the above-referenced matter that the parties have consented to a Proposed Final Judgment to resolve the issues in this case.

Respectfully submitted,

*/s/ David Reichenberg*
David Reichenberg
Section Chief, Antitrust
Deputy Attorney General
New Jersey Office of the Attorney General
Division of Law
124 Halsey Street
Newark, New Jersey 07101
Tel: (609) 696-4686
Email: David.Reichenberg@law.njoag.gov

*Attorney for Plaintiff Jennifer Davenport, Attorney General of New Jersey*

*/s/ Robert E. Schiappacasse*
New Jersey Bar No. 015611998
Robert E. Schiappacasse
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-6099
Email: rschiappacasse@sillscummis.com
*Attorney for CRH plc*

*/s/ Stephanie L. Silvano*
Stephanie L. Silvano
New Jersey Bar No.: 168162016
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel: (212) 351-2680
Email: SSilvano@gibsondunn.com
*Attorney for Defendant Arcosa, Inc.*