**GIBSON, DUNN & CRUTCHER LLP**
STEPHANIE L. SILVANO (NJ Bar No. 168182016)
ssilvano@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: 212.351.4000
Facsimile: 212.351.4035

*Attorney for Defendant Arcosa, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JENNIFER DAVENPORT, ATTORNEY GENERAL OF NEW JERSEY,<br><br>*Plaintiff,*<br><br>v.<br><br>CRH PLC and ARCOSA, Inc.,<br><br>*Defendants.* | Civil Action No. 3:26-cv-13625-RK-TJB<br><br>**NOTICE OF APPEARANCE** |

Please take notice that the undersigned, who is admitted to practice before this Court, hereby enters her appearance as counsel for Defendant Arcosa, Inc. in the above-captioned case.

Dated: October 21, 2026

Respectfully submitted,

By: /s/ Stephanie Silvano

STEPHANIE L. SILVANO
(Bar No. 168182016)
ssilvano@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

*Attorney for Defendant Arcosa, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 21, 2026, I electronically filed the attached Notice of Appearance by using the Court's CM/ECF System, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF System.

Stephanie Silvano

Stephanie L. Silvano